# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 1123351.57698
TETHER (USDT) CRYPTOCURRENCY
FROM CRYPTOCURRENCY ADDRESS
ENDING IN DD9FDD4E,

        Defendant.

Case No. 25-CV-688-JPS

**ORDER**

This action for civil forfeiture in rem was filed in May 2025. ECF No. 1. The United States seeks forfeiture of the defendant property because it "is traceable to, and therefore is proceeds of, distribution of controlled substances in violation of 21 U.S.C. § 841"; "was involved in, or is traceable to funds involved in, money laundering transactions and a conspiracy to engage in money laundering in violation of 18 U.S.C. §§ 1956 and 1957; and . . . was involved in, or is traceable to funds involved in, unlicensed money transmitting in violation of 18 U.S.C. § 1960." *Id.* at 2–3.

The Government posted notice of the complaint for at least thirty consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. ECF Nos. 5, 5-1 (beginning on May 13, 2025). On September 5, 2025, the United States provided notice of this civil forfeiture action to the potential claimant to the defendant property. ECF No. 6. The United States requested legal assistance from the United States Department of Justice, Criminal Division,

Office of Internal Affairs in translating the Notice of Complaint and the Verified Complaint for Civil Forfeiture in Rem into Spanish and serving the translated notice documents on the potential claimant. ECF No. 8 at 3. By coordinating with the Mexican government, in accordance with the Treaty on Cooperation between the United States of America and the United Mexican States for Mutual Legal Assistance, the potential claimant was personally served on December 5, 2025. *Id*. at 3–4.

However, the potential claimant failed to respond in the time permitted. On April 30, 2026, the Government filed an application for the Clerk of Court to enter default, ECF No. 7, which was subsequently granted, *see* Apr. 30, 2026 docket entry. That same day, the Government moved for default judgment, ECF No. 8, and filed a certificate of service of the same on the potential claimant, ECF No. 9. The potential claimant has neither responded to the motion for default judgment nor submitted any other filing to the Court. The potential claimant's time to oppose the motion for default judgment has expired. CIV. L.R. 7(b). Accordingly, and upon consideration of the Government's submissions, the Court will grant the motion for default judgment and order that default be entered. FED. R. CIV. P. 55(b).

Accordingly,

**IT IS ORDERED** that the United States' motion for default judgment, ECF No. 8, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the defendant property, approximately 1123351.57698 Tether (USDT) cryptocurrency from cryptocurrency address ending in dD9FDD4E, be and the same is hereby **FORFEITED** to the United States and that no right, title, or interest in the defendant property shall exist in any other party;

**IT IS FURTHER ORDERED** that the defendant property shall be seized forthwith by the United States Marshals Service for the Eastern District of Wisconsin or its duly authorized agent and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 19th day of May, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge